

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2020

No. 04-19-00723-CV

**IN THE INTEREST OF W.A.F., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15404
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On July 2, 2020, we struck appellant's brief and ordered her to file a brief that complied with Rules 38.1, 9.5, and 9.9 of the Texas Rules of Appellate Procedure. On August 25, 2020, we issued an order advising appellant that if a corrected appellant's brief was not filed on or before September 8, 2020, this appeal would be dismissed for want of prosecution.

After we issued our August 25, 2020 order, the clerk of this court received and filed appellant's motion for extension of time to file her brief. In this motion, which was mailed on August 19, 2020, appellant asks for an extension of time to file her brief, but she does not specify how many days she requests. Based on the timing of appellant's motion and our August 25, 2020 order, it appears appellant was unaware of the September 8, 2020 deadline when she filed her motion for extension of time.

Therefore, appellant's motion for extension of time to file her brief is GRANTED to **September 15, 2020**. No further extensions of time will be granted.

We, **ORDER** appellant to file, on or before **September 15, 2020**, a brief in this appeal and a written response reasonably explaining (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by her failure to timely file a brief. **If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court